# EXHIBIT 1

Unofficial Document

WHEN RECORDED MAIL TO:
Saxon Mortgage Services, Inc.
4708 Mercantile Drive North
Fort Worth, TX, 76137-3605

MAIL TAX STATEMENTS TO:
Saxon Mortgage Services, Inc.
4708 Mercantile Drive North
Fort Worth, TX, 76137-3605

S8
sa

Space above this line for recorder's use only

Title Order No. S810623   Trustee Sale No. 08-15632   Loan No. 2000188787

## TRUSTEE'S DEED UPON SALE

*Affidavit not Required ARS-11-1134 (A)(3)*

The undersigned grantor declares:
1) The Grantee herein was the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was   $216,445.46
3) The amount paid by the grantee at the trustee sale was   $140,250.00
4) The documentary transfer tax is $0.00
5) Said property is in PHOENIX -- A.P.N. 206-03-436

and Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company, herein called "Trustee", as Trustee (or as Successor Trustee) of the Deed of Trust hereinafter described, hereby grants and conveys, but without covenant or warranty, express or implied, to **Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-EQ1**, herein called "Grantee", the real property in the County of Maricopa, State of Arizona, described as follows: **LOT THREE HUNDRED TWENTY-FOUR (324), ADOBE MOUNTAIN ESTATES UNIT 11, ACCORDING TO BOOK 362 OF MAPS, PAGE 36, RECORDS OF MARICOPA COUNTY, ARIZONA.**

This deed is made pursuant to the authority and powers given to Trustee (or to Successor Trustee) by law and by that certain Deed of Trust dated 06/19/2006 and made by DAVID E. NUGENT AND CRISTY G. NUGENT, HUSBAND AND WIFE as Trustor(s), to GUARANTY TITLE AGENCY OF ARIZONA as Trustee, and Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company is Successor Trustee, in which said Deed of Trust MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. is Beneficiary, said Deed of Trust being Recorded on 06/23/2006 AS INSTRUMENT NO. 20060845080 in the office of the County Recorder of Maricopa County, Arizona, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

All requirements of law and of said Deed of Trust relating to this sale and to notice thereof having been complied with. Pursuant to the Notice of Trustee's Sale, the above described property was sold by Trustee (or Successor Trustee) at public auction on 12/30/2008 at the place specified in said Notice, to Grantee who was the highest bidder therefor, for $140,250.00 cash, in lawful money of the United States, which has been paid.

Date: 1/15/09

Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company

_____
Layne Lambert, Assistant Secretary

State of <u>California</u>
County of <u>Orange</u>

On <u>1/16/09</u> before me, <u>LaMai Sue Evans</u> a Notary Public in and for said county, personally appeared <u>Layne Lambert</u>, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public in and for said County and State

LAMAI SUE EVANS
COMM. #1818442
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Commission Expires October 19, 2012

Unofficial Document